# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                CHAPTER 13 NO:

JANICE ROBINSON                                                                22-10414-SDM

## APPLICATION TO ALLOW TRUSTEE TO CLOSE ESTATE, RESERVING RIGHT TO REOPEN CASE IF CONTINGENT ASSET GENERATES CASH FOR ESTATE

COMES NOW, TODD S. JOHNS, Standing Chapter 13 Trustee of the above captioned bankruptcy, and files his Application to Allow Trustee to Close Estate Reserving Right to Reopen Case if Contingent Asset Generates Cash for Estate and shows as follows:

1. On March 1, 2022, a petition was filed initiating this case under Chapter 13 of the Bankruptcy Code, and the below-median plan was confirmed for a period of 48 months with $0.00 to the unsecured claims.

2. Schedule B listed two lawsuits, one class action claim (Sokolove Law) and one auto accident claim (Morgan & Morgan).

3. On September 9, 2023, an Application for Employment of Special Counsel was approved for the auto injury action, with T. C. Rollins' employment being approved on behalf of the firm Morgan & Morgan. The Trustee has been apprised that Attorney Rollins will be filing the requisite applications to have their fees and expenses as well as the actual settlement approved in the very near future. The Trustee has reached out to the Sokolove Firm, but they have been unable to locate the Debtor in their case files, and the Debtor can not locate any correspondence from the firm.

4. The Debtor's case is seriously delinquent. As such, the Trustee has filed a Motion to Dismiss, and would show that, if and when this is case is dismissed, he should be granted authority to close the case in his office and file a Final Report and Account, with the Bankruptcy Estate to be subsequently closed, but reserving the right of the Trustee and this Court to reopen the case in the event any funds are realized as a result of the recovery in the Estate's listed claims on Schedule B.

5. Other grounds to be shown at the hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays the Court enter an order authorizing the Trustee to close the bankruptcy estate if and when appropriate, and the U.S. Bankruptcy Court Clerk's Office of the Northern District of Mississippi to close the bankruptcy case, with the Trustee reserving the right to reopen the case in the event any funds are realized therefrom.

DATED: November 30, 2023.        Respectfully submitted:

_____
/S/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326, BRANDON MS 39043-1326
601-825-7663; attorney.tyree@ch13mstrustee.com

<u>**CERTIFICATE OF SERVICE**</u>

 I, Jeffrey K. Tyree, attorney for the Chapter 13 Trustee, do hereby certify that I have this day filed the foregoing with the clerk of this court using the CM/ECF system, and I further certify that I served a true and correct copy of same, either electronically or via United States Mail, postage prepaid, to the UNITED STATES TRUSTEE and the following:

JANICE ROBINSON
77 W HALF MILE ST
WEST POINT, MS 39773-8023


Catherine Anne Umberger
Mayfield Law Firm
cu@mayfieldlawfirm.com


THOMAS C. ROLLINS
trollins@therollinsfirm


Dated: November 30, 2023.   /S/ JEFFREY K. TYREE